ANNIE WEITEMEYER, as Administratrix, etc., of FRITZ WEITEMEYER, Deceased, Respondent, v. ELLENVILLE ELECTRIC COMPANY, Appellant, and ALEX SILVER, Defendant.— Order granting plaintiff's motion for the examination of appellant before trial and order modifying said order on reargument affirmed, with ten dollars costs and disbursements; the examination to proceed on ten days' notice. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

JACOB I. WIENER, Respondent, v. MARIETTA E. RAVEKES, Appellant.— Order reversed on the law, without costs, and motion granted, without costs. Upon the hearing it was conceded by the plaintiff that the defendant was not personally served with the summons as certified by the deputy sheriff in his certificate, upon which certificate the judgment was entered. Service upon defendant's husband under a promise that the husband would deliver the summons to his wife was not in compliance with the provisions of section 225 of the Civil Practice Act. (O'Connell v. Gallagher, 104 App. Div. 492; Eisenhofer v. New Yorker Zeitung Pub. Co., 91 id. 94; Kramer v. Buffalo Union Furnace Co., 132 id. 415; Winslow v. Staten Island R. T. R. R. Co., 51 Hun, 298; Ives v. Darling, 210 App. Div. 521.) Hagarty, Scudder, Tompkins and Davis, JJ., concur; Lazansky, P. J., dissents and votes to affirm.

SARAH YELLIN, Respondent, v. WILLIAM ENDLICH, Appellant.— Order granting plaintiff's motion to vacate order dismissing complaint affirmed, without costs. No opinion. Young, Hagarty, Carswell and Davis, JJ., concur; Lazansky, P. J., dissents.

In the Matter of the Application of F. BASCOM SMITH for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.